```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

LARRY J. MARSHALL,                    :
                                      :
    Plaintiff,                       :
                                      :
vs.                                   :   CIVIL ACTION 07-00690-CB-B
                                      :
ROBERT RASHTI,                        :
                                      :
    Defendants.                      :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated March 18, 2008 is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the 21st day of April, 2008.

                                              *s/Charles R. Butler, Jr.*
                                              **Senior United States District Judge**